**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-2396**

─────────────

YVONNE N. STRINGFIELD,

Plaintiff - Appellant,

versus

CHRISTOPHER NEWPORT UNIVERSITY; BOARD OF VISITORS,

Defendants - Appellees,

and

PAUL TRIBLE; ANTHONY R. SANTORO; RICHARD A.
SUMMERVILLE; ARLENE STEPNICK; VIRGINIA PURTLE;
BARBARA HARRISON; LOUIS NOISIN; ROBERT DUREL,
Doctor,

Defendants.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Jerome B. Friedman, District Judge.  (CA-99-26-4)

─────────────

Submitted:  December 16, 1999        Decided:  December 21, 1999

─────────────

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Yvonne N. Stringfield, Appellant Pro Se. Ronald Curtis Forehand, Senior Assistant Attorney General, Ashley Lionel Taylor, Jr., Assistant Attorney General, William Eugene Thro, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yvonne N. Stringfield appeals the district court's order granting Defendants' motion for summary judgment and dismissing Stringfield's Title VII discrimination claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stringfield v. Christopher Newport Univ., No. CA-99-26-4 (E.D. Va. Sept. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED